FILED
Jun 23, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>131 POMEGRANATE STREET WOODLAKE, CA; 14045 AVENUE 420, OROSI, CA 93647, WITHIN TULARE COUNTY PARCEL NUMBER 025-110-013-000 | CASE NO.<br><br>**UNDER SEAL**<br><br>SEALING ORDER |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ISRAEL MAGANA,<br><br>                    Defendants | CASE NO.  1:22-mj-00105-EPG<br><br>**UNDER SEAL**<br><br>APPLICATION TO SEAL COMPLAINT |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are hereby ordered, SEALED until further order of this Court, except that upon the arrest of the defendant the government may provide a copy to the defendant.

Dated: June 22, 2022

HONORABLE ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

Sealing Order                                                        1