UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>ISRAEL MAGANA,<br>　　　　　　　　Defendant. | CASE NO. 1:22-MJ-00105-EPG<br><br>**UNSEALING ORDER** |

　　　　Good cause due to the defendant's pending appearance on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.


DATED: July 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_Sheila K. Oberto_
　　　　　　　　　　　　　　　　　　　　　　　　HON. SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-MJ-00105-EPG |
|---|---|
| Plaintiff, | UNITED STATES' APPLICATION TO UNSEAL INDICTMENT |
| v. | |
| ISRAEL MAGANA, | |
| Defendants. | |

The United States hereby moves this Court to unseal the Complaint and Arrest Warrants in this matter. On June 30, 2022, defendant was arreseted in Tulare County, California. Defendant is scheduled for an Initial Appearance at 2:00 pm on July 1, 2022. Therefore, the Complaint must be unsealed in order to advise the defendant in open court of the charges against him.

DATED: July 1, 2022                                  Respectfully submitted,

                                                     PHILLIP A. TALBERT
                                                     United States Attorney

                                                      /s/ *Antonio J. Pataca*
                                                     ANTONIO J. PATACA
                                                     Assistant United States Attorney

1