PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>                    v.<br><br>ISRAEL MAGANA<br><br>                                   Defendant. | CASE NO.  1:22-MJ-00105-EPG<br><br>STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT AND PLEA OR PRELIMINARY HEARING<br><br>DATE: July 15, 2022<br>TIME: 1:00 P.M.<br>COURT: Hon. Stanley A. Boone |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this case was set for arraignment and plea on indictment or a preliminary hearing on July 15, 2022, at 2:00 P.M.

2.      Defense counsel is unavailable July 15, 2022.  Additionally, the defendant is in quarantine due to COVID.  Defense counsel cannot confidentially communicate with his client due to the defendant's quarantine status.  The defendant would like to appear for his arraignment or preliminary hearing by video conferencing.  The defendant consents to continue the arraignment or preliminary hearing until July 18, 2022, when he is expected to be released from quarantine.

3.      By this stipulation, initiated by the defense, the parties stipulate that the arraignment or preliminary examination may be continued to July 18, 2022, at 2:00 PM, to allow time for defendant to

be released from quarantine, to appear by video conferencing, and to allow defense counsel to consult with his client.

IT IS SO STIPULATED.


Dated:  July 13, 2022                                    PHILLIP A. TALBERT
                                                        United States Attorney


                                                        /s/ ANTONIO J. PATACA
                                                        ANTONIO J. PATACA
                                                        Assistant United States Attorney


Dated:  July 13, 2022                                    /s/ KEVIN ROONEY
                                                        KEVIN ROONEY
                                                        Counsel for Defendant
                                                        ISRAEL MAGANA

### ORDER

Based upon the stipulation and representations of the parties, the Court finds good cause to continue the arraignment or preliminary hearing and orders the arraignment or preliminary hearing be continued until July 18, 2022, at 2:00 PM.


IT IS SO ORDERED.

Dated:   **July 14, 2022**
                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE